

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-82,157-01

**EX PARTE CHRISTIAN CODINA, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 06-69193-I(A) IN THE CRIMINAL DISTRICT COURT
### NUMBER TWO FROM DALLAS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of murder and sentenced to thirteen years' imprisonment. The Fifth Court of Appeals affirmed his conviction. *State v. Codina*, No. 05-09-00072-CR (Tex. App.–Dallas Aug. 13, 2010).

Applicant contends that his appellate counsel rendered ineffective assistance by failing to raise an issue on appeal. The trial court's findings state that a writ hearing was held on July 1, 2014 and that a copy of the reporter's record from that hearing was included with the findings. No such

reporter's record was forwarded to this Court.

The District Clerk of Dallas County, is ordered to file a supplemental record including the reporter's record from the writ hearing along with any other supplemental records that were not included in the original clerk's record submitted to this Court. Such response shall be submitted within 30 days of the date of this order.

Filed: October 15, 2014
Do not publish